```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANTHONY MEDINA,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :         20-CV-3763 (VSB)
              - against -                                   :
                                                            :              ORDER
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020
```

VERNON S. BRODERICK, United States District Judge:

On August 2, 2020, I issued an Order to Show Cause directing Defendants to appear for a telephone conference on August 27, 2020, on Plaintiff's motion for a Temporary Restraining Order. (Doc. 17.) On August 13, 2020, I issued an order adjourning the telephone conference to September 23, 2020, at 10:00 a.m. (Doc. 33.) On September 22, 2020, I adjourned the telephone conference to October 1, 2020 at 10:00 a.m. (Doc. 46.) I have been informed that there is a conflict on that date for the attorney for two of the Defendants.

IT IS HEREBY ORDERED that the telephone conference scheduled for October 1, 2020, at 10:00 a.m. is adjourned to October 7, 2020, at 10:00 a.m. The parties are directed to appear for a telephone conference by using the dial in 1-888-363-4749, and access code 2682448.

IT IS FURTHER ORDERED that the Warden or other official in charge of the George R. Vierno Center produce inmate Anthony Medina, B&C No. 2412000049, on October 7, 2020, at 10:00 a.m., at a suitable location within the George R. Vierno Center equipped with a telephone, for purposes of participating in a conference by telephone with the Court and defense counsel in the above-referenced matter.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-6165.

Defendants counsel must (1) transmit this Order to the Warden forthwith; and (2) contact the George R. Vierno Center to arrange the call.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.

SO ORDERED.

Dated: September 23, 2020
New York, New York

Vernon S. Broderick
United States District Judge