```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   ANTHONY MEDINA,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :
                   -against-                                :       20-CV-3763 (VSB)
                                                            :
   CITY OF NEW YORK, et al.,                                :          ORDER
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

VERNON S. BRODERICK, United States District Judge:

It has come to my attention that Plaintiff Anthony Medina has been transferred into New York State custody, and is currently in custody at Downstate Correctional Facility. Accordingly, Defendants are directed to file a letter on or before 5:00 pm on Monday October 5, 2020, briefing the issue of whether Plaintiff's request for a temporary restraining order is moot. The conference scheduled for October 7, 2020, will be held as scheduled. The parties are directed to appear for a telephone conference by using the dial in 1-888-363-4749, and access code 2682448.

IT IS FURTHER ORDERED that the Warden or other official in charge of the Downstate Correctional Facility produce inmate Anthony Medina, DIN No. 99A2999, on October 7, 2020, at 10:00 a.m., at a suitable location within the Downstate Correctional Facility equipped with a telephone, for purposes of participating in a conference by telephone with the Court and defense counsel in the above-referenced matter.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-6165.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.

SO ORDERED.

Dated:   October 5, 2020
         New York, New York

_____
Vernon S. Broderick
United States District Judge