```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
  ANTHONY MEDINA,                                      :
                                                       :
                          Plaintiff,                   :
                                                       :
              -against-                                :      20-CV-3763 (VSB)
                                                       :
  CITY OF NEW YORK, et al.,                            :           ORDER
                                                       :
                          Defendants.                  :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Today, the parties appeared telephonically for a conference to discuss numerous pending issues. Based on the representations made before me, it is my understanding that Plaintiff Anthony Medina is scheduled for be released from custody on Friday, January 8, 2021, and will then be transported to the Bronx II parole office. It is also my understanding that the New York State Department of Corrections and Community Supervision ("DOCCS") is in possession of Plaintiff's backpack. In accordance with what I stated during the conference, the DOCCS, and in particular, Diana Estwick, Bureau Chief of DOCCS Bronx Division II, is directed to provide Plaintiff with his backpack when he visits the Bronx II parole office upon his release on January 8, 2021. If Ms. Estwick is unable to do so, Ms. Estwick shall file a letter with this Court indicating why she was unable to provide Plaintiff with his backpack upon his release.

      As discussed during the conference, Exhibit B to Plaintiff's Declaration in Support of Plaintiff's Motion for a Temporary Restraining Order provides notes by Officer Ronnesia Campbell that seem to reflect a speakerphone discussion between Officer Campbell, Bureau Chief Estwick, and Plaintiff regarding the possibility of Plaintiff being placed on non-report status if he provided a medical letter indicating that he is unable to travel to report to parole.

(*See* Doc. 77.)  To the extent that Plaintiff provided such paperwork to the parole office, Plaintiff's new parole officer should provide Plaintiff, on January 8, 2021, with an update to as to any outstanding requests made by Plaintiff regarding being placed on non-report status.

Finally, following Plaintiff's visit to the Bronx II parole office on January 8, 2021, and to the extent arrangements have not already been made, the DOCCS is directed to help Plaintiff arrange for transportation, by assisting Plaintiff in placing a call to a car service or otherwise, to get from the parole office to the shelter where Plaintiff is staying.  Accordingly, it is hereby:

ORDERED that Bureau Chief or someone at her direction provide Plaintiff with his backpack when he visits the Bronx II parole office upon his release on January 8, 2021.  If Ms. Estwick is unable to do so, Ms. Estwick shall file a letter with this Court, on or before January 13, 2021, indicating why she was unable to provide Plaintiff with his backpack.

IT IS FURTHER ORDERED that to the extent Plaintiff has provided the necessary paperwork to the parole office, Plaintiff's new parole officer provide Plaintiff, on January 8, 2021, with an update to as to any outstanding requests made by Plaintiff regarding being placed on non-report status.

IT IS FURTHER ORDERED that following Plaintiff's visit to the Bronx II parole office on January 8, 2021, and to the extent that arrangements have not already been made, the DOCCS help Plaintiff arrange for transportation to get from the parole office to the shelter where Plaintiff is staying.  Such transportation to be paid for by Plaintiff.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff at 2886 Wilkinson Avenue, 2nd Floor, Bronx, NY 10461.

SO ORDERED.

Dated:   January 5, 2021
         New York, New York

*Vernon S. Broderick*
United States District Judge