UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
ANTHONY MEDINA, :
:
                    Plaintiff, :
: 20-CV-3763 (VSB)
     -against- :
: **ORDER**
NEW YORK STATE DIVISION OF PAROLE :
et al., :
:
                  Defendants. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 28, 2021, Defendants filed motions to dismiss the second amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Docs. 110, 114.) Accordingly, it is hereby:

ORDERED that Plaintiff shall serve any opposition to the motion to dismiss by August 27, 2021. Defendants' reply, if any, shall be served by September 10, 2021.

The Clerk's Office is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated: July 30, 2021
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge