```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  ANTHONY MEDINA,                                           :
                                                            :
                          Plaintiff,                        :
                                                            :
                -against-                                   :        20-CV-3763 (VSB)
                                                            :
  CITY OF NEW YORK, et al.,                                 :           ORDER
                                                            :
                          Defendants.                       :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  On July 28, 2021, Defendants filed motions to dismiss Plaintiff's second amended complaint. (Docs. 110–116.) Thereafter, I extended Plaintiff's time to respond to the motions to dismiss until September 10, 2021. (Doc. 120.) Additionally, I directed that by on or before September 30, 2021, Plaintiff should provide an updated address for Defendant Jason Colter so that service could be effectuated. (Doc. 123.) I warned that if Plaintiff failed to do so, Colter would be dismissed from this action. (*Id.*) I have not heard from Plaintiff since. Accordingly, it is hereby:

  ORDERED that Defendant Jason Colter is DISMISSED from this action.

  IT IS FURTHER ORDERED that Plaintiff file his response to the motions to dismiss by on or before October 13, 2021, or I will treat the motions as unopposed.

  The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff, and to terminate Defendant Jason Colter from this action.

SO ORDERED.

Dated: October 5, 2021
    New York, New York

                       Vernon S. Broderick
                       United States District Judge