```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANTHONY MEDINA,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :        20-cv-3763 (VSB)
              -against-                                     :
                                                            :           ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff Anthony Medina's letters dated September 22, 2021, (Doc. 126), and September 28, 2021, (Doc. 125). Plaintiff claims that "[i]t was and is the City Defendants['] obligation – not the State Defendants['] – to respond to this Court's Order directing all Defendants to provide Defendant Colter's current address." (Doc. 125, at 2.) However, the Court's Order only directed State Defendants to find Defendant Colter's address, (*see* Doc. 120), and that was because Plaintiff himself told the Court that "[t]he State Defendants should be aware of Defendant Colter's present whereabouts, and/or are in a position to locate and provided Defendant Colter's current address[.]" (Doc. 119.) Plaintiff never mentioned that City Defendants would be aware of Colter's address until his most recent letters, (*see* Doc. 125), almost two months after Plaintiff initially asked this Court for assistance in locating Colter, (Doc. 119.) Consequently, if Plaintiff wants to challenge my decision to dismiss Colter from this case, (Doc. 124), he should file a motion for reconsideration stating why he believes I was in error and explaining why he believes the City Defendants would be aware of Colter's address.

      Plaintiff also requests a six-month extension to respond the motions to dismiss filed by

Defendants, given his physical conditions and his recent injury. (Doc. 126.) Defendants do not oppose this extension. (*Id*.) Under Plaintiff's request, his response to the motions would not be due until March 7, 2022. (*Id*.) While I empathize with Plaintiff's situation, he has already had two months to work on his response. Therefore, it is hereby ORDERED that Plaintiff's response to the motions to dismiss shall be due by February 7, 2022. The Clerk is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: October 26, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge