UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
ANTHONY MEDINA,

                Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                Defendants.

---------------------------------------------------------- X

20-CV-3763 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff Anthony Medina's letter dated January 10, 2022 requesting a 60-day extension of the deadline to respond to Defendants' motions to dismiss. (Doc. 128.) Plaintiff originally filed this action on May 14, 2020. (Doc. 2.) On July 28, 2021, Defendants moved to dismiss the second amended complaint. (Docs. 110–13; 114–116.) I initially ordered Plaintiff to respond to Defendants' motions to dismiss by August 27, 2021, (Doc. 117), allowing Plaintiff twice as long as is typically permitted. *See* Local Civil Rule 6.1(b). I later extended the deadline to September 10, 2021, (Doc. 120), and then to October 13, 2021, (Doc. 124). On October 21, 2021, Plaintiff requested a six-month extension. (Doc. 126.) In light of the numerous extensions previously granted, I instead ordered Plaintiff to respond by February 7, 2022. (Doc. 127.)

      Plaintiff now requests another 60-day extension. (Doc. 128.) Plaintiff reports that he is legally blind and requires visual devices and assistive services to read and author documents. (*Id.*) Plaintiff says that unfortunately, access to his local library is restricted due to COVID-19, and he is currently homebound due to a recent car accident. (*See generally id.*) Defendants do

not oppose the extension request.  (*Id.* at 3.)

      I have great sympathy for Plaintiff's situation, but I have a responsibility to ensure the swift administration of justice.  This will be the last extension granted, barring extraordinary circumstances.  It is hereby ORDERED that Plaintiff's response to the motions to dismiss shall be due by April 8, 2022.

      I note that since Plaintiff has been released from custody, Plaintiff is now eligible for free legal assistance from the NYLAG Legal Clinic for Pro Se Litigants.  Accordingly, the Clerk is respectfully directed to mail a copy of this order to the pro se Plaintiff, along with the flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse.

SO ORDERED.

Dated: January 26, 2022
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge