```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONY MEDINA,

                Plaintiff,

      -v-

RONNESIA CAMPBELL, *et al.*,

                Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    At today's case management conference, Plaintiff, who is proceeding pro se, failed to appear. Dkt. No. 158. This conference was rescheduled after Plaintiff failed to appear previously on July 23, 2025. Dkt. No. 156.

    Because counsel for Defendants represented that Plaintiff had consented to the proposed case management plan, the Court will enter the case management plan by separate Order. Any party can seek modification of the case management plan by filing a letter motion on the docket.

    Plaintiff is warned that continued failure to participate in this case, including failure to appear at scheduled conferences, could result in a recommendation that the case be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

    Counsel for Defendants is directed to email a copy of this order to Plaintiff.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: July 29, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge