USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/2/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDINA,

           Plaintiff,

-v-

RONNESIA CAMPBELL, *et al.*,

           Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties submitted a joint status report dated August 29, 2025, reflecting Plaintiff's failure to serve document requests by the August 8, 2025 deadline for doing so. ECF No. 161. A further joint status report is due by **September 12, 2025**. In that status report, Plaintiff should specifically address whether he intends to seek any discovery in this case. The parties are reminded that all fact depositions must be completed by November 7, 2025, and all fact discovery must be completed by November 21, 2025.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: September 2, 2025
      New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge