```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/15/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDINA,

           Plaintiff,

-v-

RONNESIA CAMPBELL, *et al.*,

           Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Defendants' status report submitted on September 12, 2025 reflecting Plaintiff's failure to participate in discovery. ECF No. 163. The parties are directed to file a joint status report by **October 15, 2025**. Plaintiff is warned that continued failure to participate in discovery may result in sanctions and/or dismissal of the case for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: September 15, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge