UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDINA,

                Plaintiff,

-v-

RONNESIA CAMPBELL, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2025
```

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's October 7, 2025 letter, ECF No. 168, and will await the Parties' request for an amended discovery schedule after the Parties confer. The Parties are reminded that they shall provide a joint status report on **October 15, 2025.** ECF No. 164.

**SO ORDERED.**

Dated: October 8, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge