```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDINA,

                Plaintiff,

        -v-

RONNESIA CAMPBELL, *et al.*,

                Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' October 15, 2025 letter, ECF No. 170, requesting extensions for the current discovery deadlines. The Parties' request is **GRANTED**. The Parties shall adhere to the following schedule:

- Deadline for Plaintiff's initial discovery requests: **November 10, 2025**;
- Deadline for issuance of third-party subpoenas: **January 9, 2026**;
- Deadline for final interrogatories: **January 30, 2026**;
- Depositions of fact witnesses to be completed: **February 28, 2026**[1];
- Fact discovery to be completed: **March 16, 2026**;
- Written reports by experts served on other parties: **April 16, 2026**;
- Depositions of experts completed: **May 18, 2026**.

The Parties shall submit a joint status letter on **December 15, 2025** providing an update on the status of discovery.

---

[1] The Parties requested a deadline of February 30, 2026, which the Court will construe as a requested deadline of February 28, 2026.

1

**SO ORDERED.**

Dated: October 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge