UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

ANTHONY MEDINA,

          Plaintiff,

    -v-

RONNESIA CAMPBELL, *et al.*,

          Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 15, 2025 joint status letter, ECF No. 173. The Parties are directed to file their proposed revised discovery schedule and stipulated protective order by **January 6, 2026.** Additionally, the Parties shall file a further joint status letter on **March 16, 2026.**

**SO ORDERED.**

Dated: December 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge