UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDINA,

                              Plaintiff,

            -v-

RONNESIA CAMPBELL, *et al.*,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/18/2026_

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter. ECF No. 183. The parties are directed to file a further joint status letter by **May 18, 2026.**

**SO ORDERED.**

Dated: March 18, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge