UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2026
```

ANTHONY MEDINA,

            Plaintiff,

   -v-

RONNESIA CAMPBELL, *et al.*,

            Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' May 18, 2026 joint status letter.  ECF No. 191.  The parties are directed to file a further joint status letter by **July 20, 2026**.

**SO ORDERED.**

Dated: May 19, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge