USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDINA,

Plaintiff,

-v-

RONNESIA CAMPBELL, *et al.*,

Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's May 19, 2026 order, ECF No. 192, the parties were directed to file a joint status letter by July 20, 2026. To date, so far as the docket reflects, the parties have not filed a joint status letter. The undersigned *sua sponte* extends the deadline for the parties to file a joint status letter to **July 28, 2026**.

**SO ORDERED.**

Dated: July 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge