USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDINA,

Plaintiff,

-v-

RONNESIA CAMPBELL, *et al.*,

Defendants.

**ORDER**

20-CV-3763 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report. ECF No. 199. The parties are directed to file a further joint status report by **November 30, 2026**.

Pursuant to Rule II(A) of the undersigned's Individual Rules and Practices in Civil Cases, a request to adjourn deadlines must be made by letter motion. The letter motion must describe what discovery remains to be completed and the parties' plan to complete it.

Additionally, there will be no stay of discovery to allow the City to respond to a settlement proposal. The IME must be completed during fact discovery and the IME report will be treated like any other expert report under the scheduling order.

**SO ORDERED.**

Dated: September 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge